# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137254(16)

JOYCE CALLAWAY,
          Plaintiff-Appellant,

v                                                          SC: 137254
                                                           COA: 283320
                                                           WCAC: 07-000014

GENERAL MOTORS CORPORATION,
          Defendant-Appellee.

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's February 4, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

　　　　KELLY, C.J., and HATHAWAY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

Clerk

d0610